IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | FILE UNDER SEAL |
| Plaintiff, ) | |
| ) | Cr. No. 1:20-cr-10052-STA |
| vs. ) | |
| ) | |
| TERRY SMITH, a/k/a "ALI," a/k/a "COCKEYE) | 21 U.S.C. § 841(a)(1) |
| RODNEY AYERS, a/k/a "P-ROD," ) | 21 U.S.C. § 846 |
| HORACE MCNEARY, a/k/a "HB," ) | 21 U.S.C. § 853 |
| BRIANNA NORSWORTHY, ) | |
| JESSICA VESTAL, ) | |
| DUSTIN CHAMBERS, a/k/a "SNOW," ) | |
| ANTHONY HINES, a/k/a "BYRD," ) | |
| KAYLA HENDERSON, ) | |
| TEDDY REED, a/k/a "PT" ) | |
| JERMICHAEL BUGGS, ) | |
| CHRISTOPHER HAMILTON, ) | |
| MICHAEL BROADY, ) | |
| JOHNNIE MCGHEE, ) | |
| DANIELLE CUNNINGHAM, ) | |
| AERIELLE COLEMAN, ) | |
| TRACY COLEMAN, ) | |
| JAMES DUMAS, a/k/a "DOO DOO" ) | |
| ) | |
| Defendants. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at an unknown time, but as early as on or about March 2019, until on or about September 28, 2020, in the Western District of Tennessee, the defendants,

**TERRY SMITH, a/k/a "ALI," a/k/a "COCKEYE**
**RODNEY AYERS, a/k/a "P-ROD,"**
**HORACE MCNEARY, a/k/a "HB,"**
**BRIANNA NORSWORTHY**
**JESSICA VESTAL**
**DUSTIN CHAMBERS, a/k/a "SNOW,"**

**ANTHONY HINES, a/k/a "BYRD,"
KAYLA HENDERSON
TEDDY REED, a/k/a "PT"
JERMICHAEL BUGGS
CHRISTOPHER HAMILTON
DANIELLE CUNNINGHAM
AERIELLE COLEMAN
and
JAMES DUMAS, a/k/a "DOO DOO"**

did knowingly and intentionally combine, conspire, confederate and agree together, with other persons both known and unknown to the Grand Jury, to commit the following offense against the United States: unlawfully, knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance as classified by Title 21 U.S.C. § 812; all in violation of Title 21, U.S.C. §§ 841(a)(1) and 846.

## COUNT 2

Beginning at an unknown time, but as early as on or about March 2019, until on or about September 28, 2020, in the Western District of Tennessee, the defendants,

**TERRY SMITH, a/k/a "ALI," a/k/a "COCKEYE
RODNEY AYERS, a/k/a "P-ROD,"
ANTHONY HINES, a/k/a "BYRD,"
KAYLA HENDERSON
TEDDY REED, a/k/a "PT"
and
JAMES DUMAS, a/k/a "DOO DOO"**

did knowingly and intentionally combine, conspire, confederate and agree together, with other persons both known and unknown to the Grand Jury, to commit the following offense against the United States: unlawfully knowingly and intentionally distribute and possession with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule I controlled substance, as

2

classified by Title 21, U.S.C. § 812; all in violation of Title 21, U.S.C. §§ 841(a)(1) and 846.

## COUNT 3

Beginning at an unknown time, but as early as on or about March 2019, until on or about September 28, 2020, in the Western District of Tennessee, the defendants,

**RODNEY AYERS, a/k/a "P-ROD,"
ANTHONY HINES, a/k/a "BYRD,"
TEDDY REED, a/k/a "PT"
JERMICHAEL BUGGS
CHRISTOPHER HAMILTON
MICHAEL BROADY
JOHNNIE MCGHEE
TRACY COLEMAN
and
JAMES DUMAS, a/k/a "DOO DOO"**

did knowingly and intentionally combine, conspire, confederate and agree together, with other persons both known and unknown to the Grand Jury, to commit the following offense against the United States: unlawfully knowingly and intentionally distribute and possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as classified by Title 21, U.S.C. § 812; all in violation of Title 21, U.S.C. §§ 841(a)(1) and 846.

## COUNT 4

Beginning at an unknown time, but as early as on or about March 2019, until on or about September 28, 2020, in the Western District of Tennessee, the defendants,

**TERRY SMITH, a/k/a "ALI," a/k/a "COCKEYE
RODNEY AYERS, a/k/a "P-ROD,"
HORACE MCNEARY, a/k/a "HB,"
KAYLA HENDERSON
TEDDY REED, a/k/a "PT;"**

**CHRISTOPHER HAMILTON**
**and**
**JAMES DUMAS, a/k/a "DOO DOO"**

did knowingly and intentionally combine, conspire, confederate and agree together, with other persons both known and unknown to the Grand Jury, to commit the following offense against the United States: unlawfully knowingly and intentionally distribute and possession with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as classified by Title 21, U.S.C. § 812; all in violation of Title 21, U.S.C. §§ 841(a)(1) and 846.

### COUNT 5

Beginning at an unknown time, but as early as on or about March 2019, until on or about September 28, 2020, in the Western District of Tennessee, the defendants,

**TERRY SMITH, a/k/a "ALI," a/k/a "COCKEYE**
**RODNEY AYERS, a/k/a "P-ROD,"**
**ANTHONY HINES, a/k/a "BYRD,"**
**KAYLA HENDERSON**
**TEDDY REED, a/k/a "PT"**
**JERMICHAEL BUGGS**
**MICHAEL BROADY**
**and**
**JAMES DUMAS, a/k/a "DOO DOO"**

did knowingly and intentionally combine, conspire, confederate and agree together, with other persons both known and unknown to the Grand Jury, to commit the following offense against the United States: and unlawfully knowingly and intentionally distribute and possession with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, as classified by Title 21, U.S.C. § 812.

All in violation of Title 21, U.S.C. §§ 841(a)(1) and 846.

4

## COUNT 6

On or about October 16, 2019, in the Western District of Tennessee, the defendant

### JESSICA VESTAL

knowingly and intentionally did possess with the intent to distribute 50 grams of more of actual methamphetamine, a Schedule II controlled substance as defined by Title 21 U.S.C. § 812, in violation of Title 21, U.S.C. § 841(a)(1).

## COUNT 7

On or about December 30, 2019, in the Western District of Tennessee, the defendants

### HORACE MCNEARY, a/k/a "HB"
### and
### BRIANNA NORSWORTHY

knowingly and intentionally did possess with the intent to distribute 50 grams of more of actual methamphetamine, a Schedule II controlled substance as defined by Title 21 U.S.C. § 812, in violation of Title 21, U.S.C. § 841(a)(1).

## COUNT 8

On or about July 15, 2020, in the Western District of Tennessee, the defendant

### DUSTIN CHAMBERS, a/k/a "SNOW"

knowingly and intentionally did possess with the intent to distribute 50 grams of more of actual methamphetamine, a Schedule II controlled substance as defined by Title 21 U.S.C. § 812, in violation of Title 21, U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

Counts 1 through 8 of this Indictment are hereby realleged for purposes of forfeiture.

Upon conviction of Counts 1 through 8 of this Indictment, the defendant(s) shall

forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limiting to: money, drugs and firearms seized pursuant to this investigation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_____
FOREPERSON

DATE: 10/8/2020

_____
D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY