UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No.   1:20-cr-10052-STA

Jessica Vestal

ORDER OF DETENTION PENDING TRIAL

FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending trial.

[✔] The defendant makes no application for release at this time.   A motion for conditions of release and a detention hearing may be filed at a later date; OR

[ ] No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required.

[ ] No condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

[ ] No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

DIRECTIONS REGARDING DETENTION

The defendant  is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.


Date:  October 26, 2020                                         s/ Jon A. York
                                                                UNITED STATES MAGISTRATE JUDGE