

**United States Department of Justice**

United States Attorney's Office

Western District of Tennessee

*109 S. Highland Avenue, Suite 300*
*Jackson, Tennessee  38301*
*(731) 422-6220 Telephone*
*(731) 422-6668 Facsimile*

January 5, 2022

| | |
|---|---|
| Michael Edwin Scholl<br>THE SCHOLL LAW FIRM<br>200 Jefferson Ave. Ste. 1500<br>Memphis, TN 3810 | Timothy J. Williams<br>LAW OFFICES OF TIMOTHY J. WILLIAMS<br>44 North Second Street, Ste. 505<br>Memphis, TN 38103 |
| A. Russell Larson<br>A. RUSSELL LARSON LAW OFFICE<br>211 East Main Street<br>Jackson, TN 38301 | C. Mark Donahoe<br>THE DONAHOE FIRM<br>451 South Highland<br>Jackson, TN 38301 |
| Stephen R. Leffler<br>LEFFLER LAW OFFICE<br>707 Adams Ave.<br>Memphis, TN 38105 | Howard Brett Manis<br>THE COCHRAN FIRM<br>One Commerce Square<br>Suite 1700<br>Memphis, TN 38103 |
| Matthew M. Maddox<br>MADDOX MADDOX & MADDOX<br>P.O. Box 827<br>Huntingdon, TN 38344 | Coleman W. Garrett<br>295 Washington, Suite 2<br>Memphis, TN 38103 |
| Meggan Bess Sullivan<br>MEGGAN SULLIVAN<br>108 S. Washington Ave.<br>Brownsville, TN 38012 | David W. Camp<br>LAW OFFICES OF DAVID CAMP, PLLC<br>403 N. Parkway, Suite 201<br>Jackson, TN 38305 |
| M. Dianne Smothers<br>FEDERAL PUBLIC DEFENDER<br>109 S. Highland Ave., Ste. 105<br>Jackson, TN 38301 | Robert L. Parris<br>ROBERT L.PARRIS, ATTORNEY AT LAW<br>200 Jefferson Ave., Suite 1500<br>Memphis, TN 38103 |
| Juni S. Ganguli<br>LAW OFFICES OF JUNI GANGULI<br>202 Adams Avenue<br>Memphis, TN 38103 | Taurus M. Bailey<br>T. BAILEY LAW OFFICE<br>22 N. Front St., Suite 1060<br>Memphis, TN 38103 |

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
619 South Cooper
Memphis, TN 38104

Ruchee Janardan Patel
P.O. Box 3453
Memphis, TN 38173

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Re:     <u>United States v. Terry Smith, et. al.</u>
        Case No. 20-cr-10052-JDB

Dear Counsel:

This letter is written as a response to your discovery request received by our office. In accordance with Rule 16 of the Federal Rules of Criminal Procedure and pursuant to your discovery request, the United States has enclosed the following:

> Documents which have been Bates-labeled Smith, et.al.-001515 - Smith, et. al.-001518 regarding the above defendants.

Please notify me at once should you have difficulty with the discovery, or find that any items are incomplete or missing.

Also, please consider any item that is within the government's possession, custody or control, as evidence that may be used in the government's case-in-chief at trial. As any such item may be material to the preparation of your defense, or may have been obtained from or belong to your client, accordingly, if copies have not been provided to you with this letter, you will be permitted to inspect all of those items and to copy or photograph those items that are intended to be used in the government's case-in-chief at trial in accordance with Rule 16(a)(1)(E).

Any other tangible seized evidence may be examined by appointment. To do so, please contact our office and we will, in turn, contact the case agent to set that up at your convenience.

The government is unaware of any Rule 404(b) type evidence in this case at this time. Should this circumstance change and other potential evidence be discovered, you will be promptly advised. The government responds to your other requests by stating that to the extent your letter requests items that are either not discoverable pursuant to Rule 16 of the Federal Rules of Criminal Procedure or not applicable to the instant offense, the United States objects to your request on these grounds. Further, the United States is aware of its continuing duty under Rule 16(c), *Brady v. Maryland* and *United States v. Giglio.*

Please consider this letter the government's request for reciprocal discovery pursuant to Rule 16 (b) of the Federal Rules of Criminal Procedure. Pursuant to Fed.R.Crim.P. 12.1, the government

requests that the defendant notify the attorney for the government in this cause of any intended alibi defense.

Feel free to contact me if you have any questions related to this matter, or if I can be of assistance in reaching a resolution of this case. I especially urge you to advise me of any problems encountered which impinge on your obtaining completion of your Rule 16 request or affect my compliance therewith.

    Sincerely,

    JOSEPH C. MURPHY, JR.
    UNITED STATES ATTORNEY

    By: s/Hillary Lawler Parham_____
    HILLARY LAWLER PARHAM (#25520)
    Assistant United States Attorney
    109 South Highland, Suite 300
    Jackson, Tennessee  38301
    (731)  422-6220
    Hillary.Parham@usdoj.gov

HLP:lm

Enclosures

cc:  District Court Clerk (sans enclosures)